**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| FINANCIAL FEDERAL CREDIT UNION INC., | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. H-08-2384 |
| JAMES V. PALMER, | § § § | |
| Defendant. | § § | |

**ORDER OF PENDING DISMISSAL**

This action against James V. Palmer, an individual, has not been answered within 20 days as required by Rule 12(a), Fed. R. Civ. P. Over 60 days have passed from the date an answer was due without any action by the plaintiff. The local rules allow the court summarily to dismiss an action in these circumstances.

This notice is to inform you that if the appropriate motions have not been filed by December 5, 2008, this case will be dismissed, without prejudice. The initial pretrial and scheduling conference set for November 21, 2008 is canceled. It will be reset, if appropriate.

SIGNED on November 12, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge